1  Anna Y. Park, CA SBN 164242
2  Michael Farrell, SBN 266553
   Connie K. Liem, TX SBN 791113
3  U.S. EQUAL EMPLOYMENT
   OPPORTUNITY COMMISSION
4  255 East Temple Street, Fourth Floor
   Los Angeles, CA 90012
5  Telephone: (213) 894-1083
   Facsimile: (213) 894-1301
6  Email: lado.legal@eeoc.gov

7  Attorneys for Plaintiff
   U.S. EQUAL EMPLOYMENT
8  OPPORTUNITY COMMISSION

9

FILED

2010 SEP 21  AM 8: 43

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

10              **UNITED STATES DISTRICT COURT**

11             **SOUTHERN DISTRICT OF CALIFORNIA**

12
   U.S. EQUAL EMPLOYMENT          )  Case No.:
13 OPPORTUNITY COMMISSION,        )
                                  )  **10 CV 1962 BEN      WMc**
14                                )
          Plaintiff,              )  **COMPLAINT—TITLE VII**
15                                )    • **Sexual Discrimination**
                                  )
16     vs.                        )
                                  )
17                                )
   MELISSA MANI DENTAL CORP.      )  **JURY TRIAL DEMAND**
18 dba SOUTHWEST DENTAL GROUP,    )
                                  )
19                                )
          Defendant(s).           )
20 _____   )

21

22              **NATURE OF THE ACTION**

23      This is an employment discrimination action brought by the United States

24 Equal Employment Opportunity Commission (the "Commission") under Title VII

25 of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 ("Title

26 VII") to correct unlawful employment practices on the basis of sex, female

27 (pregnancy), and to provide appropriate relief to Charging Party Leticia Garcia and

28 Maria Villanueva, a similarly situated individual, who were adversely affected by

1  such practices.  The Commission alleges that Defendant Melissa Mani Dental

2  Corp., dba Southwest Dental Group ("Defendant"), subjected Leticia Garcia and

3  Maria Villanueva to discharge, demotion, and discipline on the basis of sex, female

4  (pregnancy).

5                    **JURISDICTION AND VENUE**

6        1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451,

7  1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to

8  Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended,

9  42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights

10 Act of 1991, 42 U.S.C. § 1981a.

11       2.      The employment practices alleged to be unlawful were and are now

12 being committed within the jurisdiction of the United States District Court for the

13 Southern District of California.

14                          **PARTIES**

15       3.      Plaintiff, the U.S Equal Employment Opportunity Commission

16 ("EEOC" or "Commission") is the agency of the United States of America charged

17 with the administration, interpretation and enforcement of Title VII, and is

18 expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII,

19 42 U.S.C. § 2000e-5(f)(1) and (3).

20       4.      At all relevant times, Defendant  Melissa Mani Dental Corp., dba

21 Southwest Dental Group has continuously been an employer engaged in an

22 industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of

23 Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

24       5.      At all relevant times, Defendant Melissa Mani Dental Corp., dba

25 Southwest Dental Group, a California corporation, has continuously been doing

26 business in the State of California and within Imperial County, and has

27 continuously had at least 15 employees.

28       6.      At all relevant times, Defendant has continuously been an employer

1  engaged in an industry affecting commerce within the meaning of Sections 701(b),
2  (g) and (h) of Title VII, 42 U.S.C. §§ 2000e (b), (g) and (h).

3  **CONDITIONS PRECEDENT**

4      7.    More than thirty (30) days prior to the institution of this lawsuit,
5  Charging Party Leticia Garcia filed a charge of discrimination with the
6  Commission alleging violations of Title VII by Defendant.

7      8.    The Commission issued a Letter of Determination finding that the
8  Charging Party Leticia Garcia and other similarly situated individuals were
9  subjected to unlawful employment discrimination based upon their sex, female
10  (pregnancy) in violation of Title VII.

11      9.    Prior to instituting this lawsuit, the Commission  attempted to
12  eliminate the unlawful employment practices herein alleged and to effect
13  voluntary compliance with Title VII through informal methods of conciliation,
14  conference, and persuasion within the meaning of Section 706(b) of Title VII, 42
15  U.S.C. §2000e-5(b).

16      10.    Prior to the institution of this lawsuit, all conditions precedent were
17  satisfied.

18  **STATEMENT OF CLAIMS**

19      11.    Since at least 2004, Defendant has engaged in unlawful employment
20  practices in violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e-2(a).  These
21  practices include subjecting Charging Party Leticia Garcia and another similarly-
22  situated individual, Maria Villanueva, to discharge, discipline, and demotion based
23  on their sex, female (pregnancy).

24      12.    The effect of the practices complained of in paragraph 11 above has
25  been to deprive Leticia Garcia and Maria Villanueva of equal employment
26  opportunities and otherwise adversely affect their status as employees, because of
27  their sex, female (pregnancy).

28      13.    The unlawful employment practices complained of in paragraph 11

-3-

1  above were willful within the meaning of §§ 706(f)(1) and (3) and 706(g)(1) of

2  Title VII, 42 U.S.C., §§ 2000e-5(f)(1) and (3), and (g)(1).

3       14.    The unlawful employment practices complained of in paragraph 11

4  above were and are intentional and caused Leticia Garcia and Maria Villanueva to

5  suffer emotional distress.

6       15.    The unlawful employment practices complained of in paragraph 11

7  above were and are done with malice or with reckless indifference to the federally

8  protected rights of Leticia Garcia, Maria Villanueva and other similarly situated

9  individuals.

10  **PRAYER FOR RELIEF**

11       Wherefore, the Commission respectfully requests that this Court:

12       A.    Grant a permanent injunction enjoining Defendant, their officers,

13  successors, assigns, and all persons in active concert or participation with it, from

14  engaging in sex, female (pregnancy) discrimination and any other employment

15  practice which discriminates on the basis of sex, female (pregnancy).

16       B.    Order Defendant to institute and carry out policies, practices, and

17  programs which provide equal employment opportunities for women, and which

18  eradicate the effects of its past and present unlawful employment practices.

19       C.    Order Defendant to make whole Leticia Garcia and Maria Villanueva

20  in amounts to be determined at trial, and other affirmative relief necessary to

21  eradicate the effects of its unlawful employment practices.

22       D.    Order Defendant to make whole Leticia Garcia and Maria Villanueva

23  by providing compensation for past and future pecuniary losses resulting from the

24  unlawful employment practices described in paragraph 11 above, in amounts to be

25  determined at trial.

26       E.    Order Defendant to make whole Leticia Garcia and Maria Villanueva

27  by providing compensation for past and future nonpecuniary losses resulting from

28

1 the unlawful practices complained of in paragraph 11 above, in amounts to be

2 determined at trial.

3    F.    Order Defendant to pay Leticia Garcia and Maria Villanueva punitive

4 damages for its malicious and reckless conduct described in paragraph 11, in

5 amounts to be determined at trial.

6    G.    Grant such further relief as the Court deems necessary and proper in

7 the public interest.

8    H.    Award the Commission its costs of this action.

9

10                    **JURY TRIAL DEMAND**

11    The Commission requests a jury trial on all questions of fact raised by its

12 Complaint.

13

14 //

15 //

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully Submitted,

P. DAVID LOPEZ,
General Counsel

GWENDOLYN YOUNG REAMS,
Associate General Counsel

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
131 M Street, NE
Washington, DC 20507

Dated: September 17, 2010     By:

ANNA Y. PARK
Regional Attorney

MICHAEL J. FARRELL
Supervisory Trial Attorney

CONNIE LIEM
Senior Trial Attorney

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| **I. (a) PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| U.S. Equal Employment Opportunity Commission | Melissa Mani Dental Corp. dba Southwest Dental Group |

| **(b)** County of Residence of First Listed Plaintiff   Los Angeles | County of Residence of First Listed Defendant   El Centro California |
|---|---|
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY) |
| | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |

'10 CV 1962 BEN WMc

| **(c)** Attorney's (Firm Name, Address, and Telephone Number) | Attorneys (If Known) |
|---|---|
| Anna Park, US EEOC, 255 E. Temple, 4th Floor, Los Angeles CA 90012; (213) 894-1083 | Robert Levy, 600 W. Broadway, #2600, San Diego CA 92101 (619) 236-1414 |

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 USC Section 2000e et. seq.

Brief description of cause:
Employees suffered  unlawtul employment practices based on sex.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE

DOCKET NUMBER

DATE  9/17/10

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE

no Fee Required